UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-168** |
| **CF BREEZE CONSTRUCTION, LLC, ET AL.** | **SECTION: "D" (3)** |

### ORDER OF CONDITIONAL DISMISSAL

The Court, having been advised by counsel for Defendants, Troy Fouquet and Lisa Fouquet, in an email that was sent to the Court on June 18, 2025 and upon which all counsel were copied, that the parties have settled all of the claims in this matter;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the settlement agreed upon by the parties.

**IT IS FURTHER ORDERED** that the pending Motion for Default Judgment Against Defendant CF Breeze Construction, LLC (R. Doc. 23) and the pending Motion for Summary Judgment (R. Doc. 24) are **DENIED as moot.**

New Orleans, Louisiana, June 18, 2025.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**